IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TANYA GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| vs. | ) | |
| | ) | (Removed from the Circuit Court of Cook |
| VILLAGE OF MELROSE PARK, a | ) | County, Illinois, County Department, |
| Municipal Corporation; The MELROSE | ) | Law Division, Case No. 2012 L 003507) |
| PARK POLICE DEPARTMENT; Melrose | ) | |
| Park Police Officer RECINOS (Badge No. | ) | |
| 47); Melrose Park Police Officer | ) | |
| BARTEMIO; Melrose Park Police Officer | ) | |
| MIGLIORE; Melrose Park Police Officer | ) | |
| GIBSON; Melrose Park Police Officer | ) | |
| NATALE; and Other Unknown Melrose | ) | |
| Park Police Officers. | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

## NOTICE OF REMOVAL

NOW COME the Defendants, VILLAGE OF MELROSE PARK, THE MELROSE PARK POLICE DEPARTMENT, OFFICER RECINOS, OFFICER BARTEMIO, OFFICER MIGLIORE, OFFICER GIBSON, OFFICER NATALE and other UNKNOWN MELROSE PARK POLICE OFFICERS, by and through their attorney, MICHAEL D. BERSANI of HERVAS, CONDON & BERSANI, P.C., and, pursuant to 28 U.S.C. §§ 1441 and 1446 file this notice of removal of the above-captioned matter from the Circuit Court of Cook County, Illinois, under Docket Number 2012 L 003507 to this Honorable Court.

In support of this Notice, the Defendants state the following:

## JURISDICTION

1. This Court has original jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 in that the instant complaint purports to state Fourth Amendment violations and claims for money damages pursuant to the Civil Rights Act of 1871, which is codified at 42 U.S.C. § 1983.

## STATEMENT OF FACTS

2. This action was filed on April 2, 2012, in the Circuit Court of Cook County, Illinois, alleging the following claims: (1) 42 U.S.C. § 1983 Excessive Force; (2) 42 U.S.C. § 1983 False Arrest; (3) Common Law Battery; (4) Common Law Battery - *respondeat superior*; (5) Common Law False Arrest and Imprisonment; and, (6) Common Law False Arrest and Imprisonment - *respondeat superior*. Defendants were served with the Complaint on April 18, 2012. A copy of the complaint filed in the Circuit Court of Cook County, Illinois is attached hereto as Exhibit A.

## BASIS FOR REMOVAL

4. This Notice for Removal is timely made under 28 U.S.C. § 1446(b). Not more than 30 days have passed since service of the summons and complaint on the Defendants. The Defendants to this action have consented to this removal by virtue of filing this Notice.

5. Removal of a civil action is allowed under 28 U.S.C. § 1441(b) by Defendants who are sued on a claim or right arising under the Constitution or laws of the United States for which this Court has original jurisdiction. This action is removable without regard to the citizenship or residence of the parties.

6. The Plaintiff's complaint which invokes 42 U.S.C. § 1983 is removable to this Honorable Court. The action is within the subject matter jurisdiction of this Court, and this Honorable Court is an appropriate forum in which to litigate claims based on the U.S. Constitution and federal statutory violations.

WHEREFORE, the Defendants, VILLAGE OF MELROSE PARK, THE MELROSE PARK POLICE DEPARTMENT, OFFICER RECINOS, OFFICER BARTEMIO, OFFICER MIGLIORE, OFFICER GIBSON, OFFICER NATALE and other UNKNOWN MELROSE PARK POLICE OFFICERS, file this Notice of Removal of the above-captioned litigation from the Circuit Court of Cook County, Illinois to this Honorable Court.

Respectfully submitted,

s/**MICHAEL D. BERSANI**
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for the Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

STATE OF ILLINOIS     )
                      ) SS.
COUNTY OF DUPAGE      )

I, MICHAEL D. BERSANI, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for VILLAGE OF MELROSE PARK, THE MELROSE PARK POLICE DEPARTMENT, OFFICER RECINOS, OFFICER BARTEMIO, OFFICER MIGLIORE, OFFICER GIBSON, OFFICER NATALE and other UNKNOWN MELROSE PARK POLICE OFFICERS, and the same is true and correct to the best of my knowledge and belief.

_____
MICHAEL D. BERSANI

SUBSCRIBED and SWORN to before

me this 20th day of April 2012.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JILLIAN HAFELI
Notary Public - State of Illinois
My Commission Expires Aug 25, 2015

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANYA GILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VILLAGE OF MELROSE PARK, a ) <br> Municipal Corporation; The MELROSE ) <br> PARK POLICE DEPARTMENT; Melrose ) <br> Park Police Officer RECINOS (Badge No. ) <br> 47); Melrose Park Police Officer ) <br> BARTEMIO; Melrose Park Police Officer ) <br> MIGLIORE; Melrose Park Police Officer ) <br> GIBSON; Melrose Park Police Officer ) <br> NATALE; and Other Unknown Melrose ) <br> Park Police Officers. ) <br> ) <br> Defendants. ) | Case No. <br><br> (Removed from the Circuit Court of Cook County, Illinois, County Department, Law Division, Case No. 2012 L 003507) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2012, I electronically filed the foregoing Notice of Removal with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, and I hereby certify I have mailed by United States Postal Service, certified mail, return receipt requested, the documents to the following non CM/ECF system participants listed below.

**TO:** David M. Huntley, Huntley Law Group, 1001 W. Van Buren Street, Chicago, IL 60607-2900.

<u>s/Michael D. Bersani</u>
MICHAEL D. BERSANI, Bar Number 06200897
Attorney for Defendants
HERVAS, CONDON & BERSANI, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143-3156
Phone: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com

5