## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TANYA GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12 CV 2963 |
| vs. | ) | |
| | ) | Honorable John J. Tharp, Jr. |
| VILLAGE OF MELROSE PARK, et al. | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

## SWORN AFFIDAVIT OF DENNIS NATALE

I, DENNIS NATALE, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1.      I am a police officer employed by the Village of Melrose Park.

2.      I was working in my capacity as a patrol officer on April 2, 2011.

3.      At approximately 11:42 p.m. I responded to a dispatched report of a potential battery at the I-Bar located at 2010 W. North Avenue in Melrose Park, Illinois.

4.      Upon arriving at the scene, I exited my police vehicle and entered the I-Bar. I remained inside and interviewed witnesses. On at least one occasion I walked out of the I-Bar and spoke with bar patrons and security personnel outside of the I-Bar. I then reentered the I-Bar.

5.      I interviewed approximately six people concerning the alleged battery. There were no witnesses. I also spoke with I-Bar bartender who stated that she did not witness the alleged battery.

6.      I exited the I-Bar and directed patrons within the I-Bar parking lot to either enter the I-Bar or leave the scene immediately. I then continued my patrol duties.

1



7.     I had no physical or verbal contact whatsoever with Ms. Tanya Gill.

8.     I did not observe any interaction between Officer Migliore and Ms. Gill.

Further affiant sayeth not.

_____
DENNIS NATALE

SUBSCRIBED and SWORN to before
me this 27th day of February, 2013.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARCIA CUCCI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/12/2015

2