IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TANYA GILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 12 CV 2963 |
| vs. ) | |
| ) | |
| VILLAGE OF MELROSE PARK, et al. ) | Honorable John J. Tharp, Jr. |
| ) | Magistrate Judge Sheila M. Finnegan |
| Defendants. ) | |

### SWORN AFFIDAVIT OF ADAM GIBSON

I, ADAM GIBSON, being first duly sworn upon oath, do state and depose that I have personal knowledge of all facts which follow and, if called, I could testify to the following:

1. I am a police officer employed by the Village of Melrose Park.

2. I was working in my capacity as a patrol officer on April 2, 2011.

3. At approximately 11:42 p.m. I responded to a dispatched report of a potential battery at the I-Bar located at 2010 W. North Avenue in Melrose Park, Illinois.

4. Upon arriving at the scene, I exited my police vehicle and entered the I-Bar. I stayed in the bar to interview any witnesses to the incident. On at least one occasion I walked out of the I-Bar and spoke with bar patrons and security personnel outside of the I-Bar. I then reentered the I-Bar.

5. I interviewed approximately eight people concerning the alleged battery. No one witnessed the incident. I also spoke with I-Bar owner, Bartosz Bazan, who stated that he did not see the alleged battery.

1


EXHIBIT F

6. I exited the I-Bar and walked to the parking lot. I instructed patrons in the I-Bar parking lot to either enter the I-Bar or leave the scene immediately. I waited approximately five minutes until the I-Bar parking lot was empty. I then entered my patrol car and continued my patrol duties.

7. I did not observe any interaction between Officer Migliore and Ms. Tanya Gill.

8. I had no verbal or physical contact with Ms. Gill.

Further affiant sayeth not.

_____
ADAM GIBSON

SUBSCRIBED and SWORN to before
me this 27th day of February, 2013.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARCIA CUCCI
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 03/12/2015

2