IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TANYA GILL,

        Plaintiff,

  vs.                                Case No. 12-CV-2963

VILLAGE OF MELROSE PARK, a
Municipal Corporation, et al.,

        Defendants.

Deposition of TANYA FRIZELL called as a witness herein, pursuant to the applicable provisions of the Federal Rules of Civil Procedure for the State of Illinois, before Belinda A. Harr, CSR No. 84-003215, taken on October 16, 2012, at 10:00 a.m. at 1001 W. VanBuren Street, Chicago, Illinois.



1  have its own parking lot but it was like a mini mall
2  where the --
3      A.   The bar did have its own parking lot.
4  That parking lot was full.
5      Q.   Okay.
6      A.   And they had another parking lot adjacent
7  to the bar which was across.  Adjacent do mean across,
8  right?
9      Q.   Adjacent means right next to.
10     A.   It was across the street, yeah.
11     Q.   So she parked in a lot that was across
12 the street?
13     A.   Uh-huh.
14     Q.   Yes?
15     A.   Yes.
16     Q.   Did Ms. Gill tell you the name of the
17 individual who was having the birthday party?
18     A.   I can't remember.
19     Q.   Okay.  Did she tell you the name of the
20 individual who was throwing the birthday party?
21     A.   The only name that rings out to me is a
22 Kevin.
23     Q.   Okay.  Did -- did you know Kevin --

1      A.     No.

2      Q.     -- on April 2nd of 2011? Some of these
3 questions might sound weird, but I'm just trying to get
4 a time line of what happened. Okay?

5      A.     It's okay.

6      Q.     After Ms. Gill parked her vehicle in the
7 lot across the street did you both walk into the iBar?

8      A.     Yes.

9      Q.     And was there any security outside of the
10 bar?

11      A.     Yes.

12      Q.     Okay. And were you searched or --

13      A.     Yes.

14      Q.     Was there a female security member?

15      A.     Yes.

16      Q.     Is she the one who searched you?

17      A.     Yes.

18      Q.     At that time when you were being
19 searched, apart from the female security officer was
20 there another security officer, do you recall?

21      A.     Yes.

22      Q.     How many?

23      A.     One other one, a male.

1     Q.    Ms. Gill did not?

2     A.    She did not.

3     Q.    Okay. And which way were you facing when you sat down? Towards the bar or away from the bar?

5     A.    Towards the bar.

6     Q.    And where in relation to you was Ms. Gill standing?

8     A.    On the side of me.

9     Q.    Which side?

10     A.    I'm not sure what side. It had to be my right. If I'm facing -- it had to be this side, the right side.

13     Q.    On your right side?

14     A.    Yes.

15     Q.    What is the first thing you did after you sat down at the bar?

17     A.    We ordered a drink.

18     Q.    Okay. And then what happened?

19     A.    The lady, the bartender, she brought the drinks back.

21     Q.    Okay.

22     A.    As someone was walking past behind us -- a man and a woman was walking past, and she stepped --

```
 1   Tanya stepped back out of the way, you know, to move
 2   out of the way so they could get past, and she sort of
 3   pushed her, shoved her walking past.
 4          Q.    When you say she --
 5          A.    The lady that was with the man that was
 6   walking past.
 7          Q.    Pushed Ms. Gill?
 8          A.    Uh-huh.
 9          Q.    Okay.  Yes?
10          A.    Yes.
11          Q.    And did you see the woman push Ms. Gill?
12          A.    Yes.
13          Q.    So at this point in time were you facing
14   away from the bar?
15          A.    I was talking to her as they were coming,
16   yeah.
17          Q.    So after you got the drinks you faced to
18   your right where Ms. Gill was standing?
19          A.    Yeah.  I'm talking to her, yeah.
20          Q.    Approximately, how long would you say you
21   were at the bar sitting at the bar until this man and
22   woman came by?
23          A.    Maybe -- maybe three, four minutes.
```

1  Q. Now, from some of the phone calls it
2  sounds like you had your daughter's phone that night.
3  Do you recall that?
4  A. I don't know.
5  Q. You don't recall --
6  A. Possibly. Possibly.
7  Q. And while you were calling 9-1-1, what
8  was the patron doing that had just punched Ms. Frizell?
9  A. She was right back calm with the guy --
10  Q. So she --
11  A. -- like she didn't just do that. I mean,
12  it was amazing. It was like wow. She just sat there
13  and she was -- oh, she -- she tried to -- she said she
14  was sorry. She did say that inside and outside.
15  Q. Otherwise, she was just kind of back to
16  sitting at the bar?
17  A. She was really gone like drunk drunk,
18  yeah. She was wasted.
19  Q. And what about Ms. Gill? While you were
20  on the phone, what was she doing?
21  A. She was like feeling her face and stuff
22  and just, you know, like just holding her nose like
23  this and --

1  Q. Did she say anything to you when you said
2  you were going to call 9-1-1?
3  A. She was saying things, but I can't
4  remember exactly what she was saying because I was on
5  the phone with the operator and she was trying to
6  connect me to the police department, you know, and I
7  was trying to figure out where we were because I --
8  like I said, that was my first time out at that place.
9  Q. Whatever Ms. Gill was saying, was she
10 directing that to you or to somebody else?
11 A. To me.
12 Q. Okay.
13 A. She was talking to me.
14 Q. Okay. So she was trying to talk to you
15 as you were --
16 A. Yeah.
17 Q. -- talking to the 9-1-1 operator?
18 A. Yes.
19 Q. You just don't recall what she was
20 saying?
21 A. No.
22 Q. And what did you tell the 9-1-1 operator?
23 A. I told them that we were sitting at the

1   Q.   Now, what happened when you saw that
2   there were already two officers inside once you got to
3   the door?
4   A.   They told us to step outside.  We
5   followed them out.
6   Q.   And when you say we, who is we?
7   A.   Me and Tanya Gill.
8   Q.   Did Kevin come out with you as well?
9   A.   I don't recall when he came out, but --
10  eventually I did see him out there, but I don't know if
11  he came out at that time.
12  Q.   Would it be fair to say you were a little
13  more focused on Ms. Gill and the officers than Kevin?
14  A.   Yes.
15  Q.   Once the officers asked you to step
16  outside and you and Ms. Gill followed them what
17  happened?
18  A.   I was talking to the officers explaining
19  what happened, and I remember he asking me did this
20  happen to you, and I said to her, and he said are they
21  still in there, and I said, yes.  So when we got
22  outside, there was more than two officers.  I think
23  there was maybe four or five --

1  Q.  Okay.
2  A.  -- officers out there. So I remember
3 some going back inside the bar and then the other ones
4 that was talking to me said I need for her to talk.
5  Q.  Okay. And the officer --
6  A.  So she at that point started talking to
7 the officer.
8  Q.  Okay. The officer that you were talking
9 to and then told you that he needed her to talk, can
10 you physically describe him?
11  A.  Yes. He was short and bald.
12  Q.  Was he one of the two that initially came
13 that you saw at the door?
14  A.  No.
15  Q.  Now, while you were speaking with this
16 officer before he said he wanted to talk to Ms. Gill,
17 were you -- were you excited, agitated?
18  A.  Yeah, I was, very.
19  Q.  And when you were having this
20 conversation with the short bald officer, was that just
21 outside the front door or had you walked away from the
22 entrance?
23  A.  It was right outside -- yeah, right

```
 1   outside the entrance, a little -- I actually talked to
 2   two of them.
 3          Q.   Okay.
 4          A.   It was another cop at first.  He went --
 5   I think he went inside.
 6          Q.   Okay.
 7          A.   But I ended up talking to the -- the
 8   short bald guy is who told me he needed to talk to her.
 9          Q.   Right.
10          A.   And not me.
11          Q.   Okay.  Before you talked to the short
12   bald guy, we'll call him, you said you talked to a
13   different police officer?
14          A.   Yes.
15          Q.   Okay.
16          A.   He was taller with -- tall -- tall.
17   That's all I remember him being.  I know he was taller
18   than me.
19          Q.   And how tall are you?
20          A.   I'm five nine and a half.
21          Q.   Five nine and a half.  Were you wearing
22   heels that night, do you recall?
23          A.   Yes.
```

1 explain it to him again. And then he was like I don't
2 understand what you're saying. Like so she was walking
3 past and how did she do it? And she said -- she tried
4 to say again, and he was like, no, I need you to show
5 me what was done, and then she showed him.
6     Q.    During this exchange between Ms. Gill and
7 the shorter bald officer was anybody else talking in
8 the general direction or was it just him and Ms. Gill
9 talking?
10     A.    It was a lot -- it was a lot of people
11 out there, and while they were talking, the couple
12 actually had came outside. They stopped right there in
13 the entrance of the door, and I remember the lady
14 saying I told her I'm sorry, you know.
15     Q.    So there were other people talking as
16 Ms. Gill and this officer were having this
17 conversation?
18     A.    Yeah, it was other police. It was police
19 officers out there. It was the couple out there. The
20 security was out there.
21     Q.    Was it a bit chaotic outside?
22     A.    I wouldn't say chaotic, but it was -- it
23 was a number of people out there.

1  came over. These videos that you saw some portion of
2  before have time stamps on them.
3       A.   Okay.
4       Q.   And it shows the two of you going in
5  sometime around 11:29, 11:30.
6       A.   Uh-huh.
7       Q.   Does that sound about right from the
8  timing of the evening as far as when you guys arrived
9  at the iBar?
10      A.   Yeah, because I remember leaving my house
11 like around 9:00 something or maybe 9:00 -- I mean --
12 no, I didn't leave my house actually. I take that
13 back. I was out in Lansing --
14      Q.   Okay.
15      A.   -- and then I went over to Tanya's house
16 which Tanya lives in Calumet City, and then we left
17 there. I went in for a while. Then we left there.
18 Then we went straight to the iBar.
19      Q.   Okay. And the woman that we've called
20 the patron and her companion, I think you told us
21 earlier that she first came around from your back right
22 before the shoving incident between her and Tanya Gill,
23 correct?